UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARMENUI A. KARAPETIAN,<br><br>Plaintiff(s),<br><br>v.<br><br>FASTBUCKS OF LAS VEGAS II NEVADA,<br><br>Defendant(s). | Case No. 2:19-CV-822 JCM (VCF)<br><br>ORDER |

Presently before the court is the matter of *Karapetian v. FastBucks of Las Vegas II Nevada LLC*, case number 2:19-cv-00822-JCM-VCF. On October 28, 2019, plaintiff Armenui A. Karapetian moved for entry of clerk's default (ECF No. 6), which was entered the following day (ECF No. 7). Plaintiff has not moved for entry of default judgment.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff shall file a motion for default judgment or other appropriate motion within seven (7) days of this order.

DATED March 12, 2020.

                                               /s/ James C. Mahan
                                               UNITED STATES DISTRICT JUDGE